**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

BRIAN MARK PORTELLI,

Plaintiff,

Case No. 26-cv-12564
Hon. Brandy R. McMillion

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES;
DIRECTOR OF U.S. CITIZENSHIP AND IMMIGRATION SERVICES;
SECRETARY OF HOMELAND SECURITY; AND
UNITED STATES DEPARTMENT OF HOMELAND SECURITY,

Defendants.
______________________________________________/

**ORDER DISMISSING CASE**

Pursuant to the Notice of Voluntary Dismissal With Prejudice by Plaintiff, this case is **DISMISSED WITH PREJUDICE**, and without costs and fees to either party.

**IT IS SO ORDERED.**

s/Brandy R. McMillion
BRANDY R. MCMILLION
UNITED STATES DISTRICT JUDGE

Dated: October 22, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 22, 2026, by electronic means and/or ordinary mail.

s/L. Hosking
Case Manager